# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| United States of America, | ) | |
| :--- | :--- | :--- |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No.:1:14-cr-090 |
| Michael Albert Larrabee, | ) | |
| | ) | |
| Defendant. | ) | |

The court convened a arraignment and detention hearing in the above-entitled action on May 22, 2014. At the outset of the hearing, defendant's court-appointed counsel, AFPD Heather Mitchell, advised the court of a conflict and requested leave to withdraw as defense counsel. The court **GRANTS** the request and authorizes Ms. Mitchell to withdraw. The court shall appointed new counsel for defendant. In the interim, defendant's arraignment and detention hearing are cancelled with the understanding that they will be rescheduled for date and time to be determined.

**IT IS SO ORDERED.**

Dated this 22nd day of May, 2014.

/s/ *Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court